FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

01 JUN 14 PM 3:42

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

DRIVER LOGISTICS SERVICE, INC.,

    Plaintiff,

Case No. 6:00-cv-840-Orl-22C

vs.

UNITED STATES OF AMERICA,

    Defendant.

_____/

## MOTION FOR SUBSTITUTION OF COUNSEL FOR PLAINTIFF

Plaintiff, DRIVER LOGISTICS SERVICE, INC., pursuant to Local Rule 2.03, hereby requests this Court to enter an Order substituting undersigned counsel as its counsel of record in this matter, and discharging Gray, Harris & Robinson, P.A. from further responsibility herein. In support hereof, Plaintiff states as follows:

1. Plaintiff wishes to retain the law firm of Greenberg Traurig, P.A. to represent it in this action. Plaintiff's retention of Greenberg Traurig, P.A. will not adversely affect the scheduling of the trial or any other proceedings herein.

2. By virtue of Plaintiff's retention of Greenberg Traurig, P.A. as its counsel herein, Plaintiff's original counsel, Gray, Harris & Robinson, P.A., should be discharged from further responsibility herein. Undersigned counsel is authorized to represent that Gray, Harris & Robinson, P.A. has no objection to the substitution of counsel requested herein.

23

3. No party will be adversely affected by the substitution of counsel requested herein.

4. As evidenced below, Plaintiff has consented to the substitution of counsel requested herein.

WHEREFORE, Plaintiff hereby requests the Court to enter an Order substituting Greenberg Traurig, P.A. as it counsel in this action, and discharging Gray, Harris & Robinson, P.A. from further responsibility herein.

### SUPPORTING MEMORANDUM OF LAW

No party will be adversely affected by the substitution of counsel requested herein. The interests of justice require that Plaintiff be permitted to substitute counsel.

### CONSENT OF PLAINTIFF

Plaintiff hereby consents to the substitution of counsel requested herein, and waives any further notice potentially required by Local Rule 2.03(b) or by other law.

Driver Logistics Service, Inc.

By: _____
Rodney D. Keenan, President

Date: June 14, 2001

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Substitute Counsel for Plaintiff has been furnished by U. S. Mail, postage prepaid, to **CHARLES W. SELL, ESQ.**, Gray, Harris & Robinson, P.A., 301 E. Pine Street, Suite 1400, P.O. Box 3068, Orlando, Florida 32802 and **ANN REID, ESQ.**, c/o

U. S. Department of Justice, Tax Division, P. O. Box 14198, Ben Franklin Station, Washington, D.C. 20044 this 14th day of June, 2001.

> GREENBERG TRAURIG, P.A.
> 111 North Orange Avenue
> 20th Floor
> Orlando, Florida 32801
> 407-420-1000 (telephone)
> 407-841-1295 (facsimile)
>
> _____
> I. William Spivey, II
> Florida Bar No. 701076

\\orl-srv01\SPIVEYW\161539v01\3GN701!.DOC\6/11/01\49926.010100